# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J.D.A.S., INC.,

    *Plaintiff,*

  v.

PHILLIPS ENTERPRISE, LLC and
KEVIN PARKINSON,

    *Defendants.*

CIVIL ACTION
NO. 18-3246

**PAPPERT, J.**               **April 8, 2019**

## ORDER

  **AND NOW**, this 8th day of April, 2019, upon consideration of Plaintiff's Motion for Default Judgment against Kevin Parkinson (ECF No. 11), it is hereby **ORDERED** that the Motion is **DENIED without prejudice**.

            BY THE COURT:


            ***/s/ Gerald J. Pappert***
            GERALD J. PAPPERT, J.